No. 89–1889. PINHAS v. SUMMIT HEALTH, LTD., ET AL. C. A. 9th Cir. Motion of the parties to expedite consideration of the cross-petition for writ of certiorari or, in the alternative, to delay briefing in No. 89–1679, *Summit Health, Ltd., et al.* v. *Pinhas* [certiorari granted, 496 U. S. 935], denied.

No. 89–1929. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES v. MASSACHUSETTS ET AL. C. A. 1st Cir. Motion of respondent to consolidate this case with No. 89–1391, *Rust et al.* v. *Sullivan, Secretary of Health and Human Services* [certiorari granted, 495 U. S. 956], and No. 89–1392, *New York et al. v. Sullivan, Secretary of Health and Human Services* [certiorari granted, 495 U. S. 956], denied.

No. 89–7189. WEI v. DELAWARE. Sup. Ct. Del. Motion of petitioner for reconsideration of May 21, 1990, order denying leave to proceed *in forma pauperis* [495 U. S. 946] denied.